**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| VANESSA HILL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC. d/b/a ARDENT HEALTH SERVICES *et al.* | **Case No. 3:23-cv-01045-WDC-JSF**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**HILL'S UNOPPOSED MOTION TO APPROVE SETTLEMENT**

Vanessa Hill requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of his and his counsel's investigation, litigation, and negotiation. It completely resolves his, and the rest of the proposed collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Hill and the similarly situated employees of Defendants who opt-into the Settlement, in light of the inherent risks of litigation and trial. Defendants have defended against these claims and continue to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Hill and the proposed collective members. Hill requests the Court approve the Parties' Settlement Agreement, including notice to the proposed collective, and dismiss the alleged claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: ______________________________
**Matthew S. Parmet**
TX Bar # 24069719
**PARMET LAW PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5200
matt@parmet.law

**Kimberly De Arcangelis, Esq.**
Florida Bar No.: 0025871
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3383
Email: kimd@forthepeople.com

**R. Burke Keaty, II**, BPR#027342
**MORGAN & MORGAN – NASHVILLE, PLLC**
801 Broadway, Suite 105
Nashville, TN 37203
(615) 514-4205
bkeaty@forthepeople.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Defendants' counsel, who confirmed Defendants are unopposed to the relief requested.

*/s/ Matthew S. Parmet*
______________________________
Matthew S. Parmet

## Certificate of Service

On March 19, 2026, I served a copy of this document and any attachments on the following parties via the Court's CM/ECF system:

| | |
|---|---|
| A. Craig Cleland | craig.cleland@ogletree.com |
| Lauren Zeldin | lauren.zeldin@ogletree.com |
| Harry M. Rowland, III | harry.rowland@ogletree.com |
| Benjamin P. Lemly | benjamin.lemly@ogletreedeakins.com |
| **Attorneys for Change Healthcare** | |
| Kimberly De Arcangelis | kimd@forthepeople.com |
| R. Burke Keaty, II | bkeaty@forthepeople.com |
| **Attorneys for Plaintiffs** | |

***/s/ Matthew S. Parmet***

Matthew S. Parmet