**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| VANESSA HILL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC. d/b/a ARDENT HEALTH SERVICES *et al.* | Case No. 3:23-cv-01045 |

**ORDER**

Pursuant to the Court's approval of the settlement agreement, (Doc No 94), this case is dismissed. This is a final order. The Clerk shall close this file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE